LEWIS ET AL. v. LYON COUNTY AND C. H. LEWIS.

GREELEY v. SAME.

PARSONS v. SAME.

DISTRICT ATTORNEY: May appear for the counties of his district.

*Appeal from Woodbury District Court.*

TUESDAY, JUNE 9.

*D. C. Whitehead, C. I. Hill,* and *H. B. Wilson,* for appellees:

*J. F. Eccleston,* for Board of Supervisors.

*M. E. Cutts, Attorney-General,* and *C. H. Lewis,* for appellant, Lewis.

PER CURIAM.—It was held in *Clark & Grant v. Lyon County and C. H. Lewis,* 37 Iowa, —, that a District Attorney has a right to appear to an action in the District Court, for the counties of his district; and from a decision of the court denying that right, he may appeal. These cases involve the same question, and none other. Following the case cited, the judgments in these cases will be

REVERSED.